UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __24-3899__

Case Title: __United States of America__ vs. __Amanda Hovanec__

List all clients you represent in this appeal:

__United States of America__

| | | | |
|---|---|---|---|
| ☐ Appellant | ☐ Petitioner | ☐ Amicus Curiae | ☐ Criminal Justice Act |
| ☑ Appellee | ☐ Respondent | ☐ Intervenor | (Appointed) |

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

__Michelle M. Baeppler, Alissa Michelle Sterling__

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Laura McMullen Ford, AUSA__  Signature: s/ __Laura McMullen Ford__

Firm Name: __Office of the United States Attorney__

Business Address: __United States Courthouse, 801 W. Superior Avenue, Suite 400__

City/State/Zip: __Cleveland, Ohio   44113__

Telephone Number (Area Code): __(216) 622-3817__

Email Address: __Laura.Ford@usdoj.gov__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17