UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3899**

Case Title: **United States** vs. **Amanda Hovanec**

List all clients you represent in this appeal:

**Amanda Hovanec**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☑ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Benjamin S. Morrell**   Signature: s/ *Benjamin Morrell* (DocuSigned by: A1EBE06ADAFF407...)

Firm Name: **Taft Stettinius & Hollister LLP**

Business Address: **111 E. Wacker Dr., Ste. 2600**

City/State/Zip: **Chicago, IL 60601**

Telephone Number (Area Code): **312-527-4000**

Email Address: **bmorrell@taftlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.