No. 24-3899

In the
# United States Court of Appeals
# for the Sixth Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

AMANDA HOVANEC,

Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Ohio
No. 3:22-cr-00274-JRK

## UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENDANT-APPELLANT'S PRINCIPAL BRIEF

Defendant-Appellant Amanda Hovanec respectfully moves this Court to extend by 30 days the deadline for filing her opening brief in this case. Counsel have conferred and this motion is unopposed.

On January 2, 2025, the Court issued a briefing schedule for this appeal, with a deadline of February 11, 2025, for Defendant-Appellant's principal brief and a deadline of March 13 for the government's principal brief. (D.E. 15.) Attorney

Benjamin S. Morrell is appointed counsel for Defendant-Appellant, and has a trial in another matter scheduled for mid- to late February in the United States Bankruptcy Court for the Eastern District of North Carolina. Defendant-Appellant requests an extension here due to the press of this other business and not for any improper purpose.

Defendant-Appellant has not previously requested or received any other extensions. Additionally, the government does not oppose this request.

For these reasons, Defendant-Appellant requests that the Court extend the deadline to file her principal brief up to and including March 13, 2025, and that the remaining dates in the briefing schedule be adjusted accordingly.

Filed: January 7, 2025.                   Respectfully submitted,

                                          AMANDA HOVANEC,
                                          *By Counsel*

                              By    /s/ *Benjamin S. Morrell*
                                    Benjamin S. Morrell
                                    TAFT STETTINIUS & HOLLISTER LLP
                                    111 East Wacker Drive, Suite 2600
                                    Chicago, IL 60601
                                    Tel.: (312) 527-4000
                                    Fax: (312) 527-4011
                                    bmorrell@taftlaw.com

                                    *Appointed Counsel for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Dated: January 7, 2025.

By    /s/ *Benjamin S. Morrell*

**CERTIFICATE OF SERVICE**

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: January 7, 2025.

By     /s/ *Benjamin S. Morrell*