# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 29, 2025

Ms. Laura McMullen Ford
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

Mr. Benjamin Scott Morrell
Taft Stettinius & Hollister
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601

Re: Case No. 24-3899, *USA v. Amanda Hovanec*
Originating Case No. : 3:22-cr-00274-1

Dear Counsel,

The appellee brief deadline set January 7, 2025 is **cancelled**. Once the appellants briefs are filed in all related cases, the appellee briefing schedule will be set for the filing of a consolidated brief.

Sincerely,

s/James B. O'Connor
Case Manager
Direct Dial No. 5135647019