No. 24-3899

In the
# United States Court of Appeals
# for the Sixth Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

AMANDA HOVANEC,

Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Ohio
No. 3:22-cr-00274-JRK

### SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENDANT-APPELLANT'S PRINCIPAL BRIEF

Defendant-Appellant Amanda Hovanec respectfully moves this Court to extend by an additional 30 days the deadline for filing her opening brief in this case. Counsel have conferred and this motion is unopposed.

Ms. Hovanec previously sought and obtained a 30-day extension of this deadline due to her appointed counsel's scheduled trial in another matter. (D.E. 16;

D.E. 17.) The Court subsequently canceled the government's deadline for filing its brief and noted that it will set a briefing schedule once the appellants' briefs have been filed in all related cases. (D.E. 19.)

The undersigned counsel for Ms. Hovanec recently discovered that he is not in possession of two video recordings that were filed under seal and submitted as exhibits to the government's sentencing memorandum in the district court. Counsel has contacted the Court to obtain copies, and requests additional time to receive and review these important exhibits.

This is Ms. Hovanec's second request for an extension of the deadline to file her opening brief and is not made for purposes of delay. Additionally, the government does not oppose this request.

For these reasons, Defendant-Appellant requests that the Court extend the deadline to file her principal brief up to and including Monday, April 15, 2025.

Filed: February 24, 2025.              Respectfully submitted,

                                        AMANDA HOVANEC,
                                        *By Counsel*

                                By      /s/ *Benjamin S. Morrell*
                                        Benjamin S. Morrell
                                        TAFT STETTINIUS & HOLLISTER LLP
                                        111 East Wacker Drive, Suite 2600

Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Appointed Counsel for Defendant-Appellant*

## Certificate of Compliance

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Dated: February 24, 2025.

By   /s/ *Benjamin S. Morrell*

## Certificate of Service

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated February 24, 2025.

By    /s/ *Benjamin S. Morrell*