No. 24-3899

In the
# United States Court of Appeals
# for the Sixth Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

AMANDA HOVANEC,

Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Ohio
No. 3:22-cr-00274-JRK

## THIRD UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENDANT-APPELLANT'S PRINCIPAL BRIEF

Defendant-Appellant Amanda Hovanec respectfully moves this Court to extend by an additional 30 days the deadline for filing her opening brief in this case. Counsel have conferred and this motion is unopposed.

Ms. Hovanec previously sought and obtained 30-day extensions of this deadline due to her appointed counsel's scheduled trial in another matter, and then

because counsel needed time to obtain and review two video recordings that were filed under seal and submitted as exhibits to the government's sentencing memorandum in the district court. (D.E. 17.; D.E. 21) The Court canceled the government's deadline for filing its brief and noted that it will set a briefing schedule once the appellants' briefs have been filed in all related cases. (D.E. 19.) Now, Ms. Hovanec requests one more extension of time due to her counsel's recent and unexpected involvement in proceedings in another federal court seeking emergency TRO relief.

This is Ms. Hovanec's third request for an extension of the deadline to file her opening brief and is not made for purposes of delay. Additionally, the government does not oppose this request.

For these reasons, Defendant-Appellant requests that the Court extend the deadline to file her principal brief up to and including Tuesday, May 14, 2025.

Filed: March 31, 2025.                    Respectfully submitted,

                                                      AMANDA HOVANEC,
                                                     *By Counsel*

                                      By    /s/ *Benjamin S. Morrell*
                                             Benjamin S. Morrell
                                             TAFT STETTINIUS & HOLLISTER LLP
                                             111 East Wacker Drive, Suite 2600

Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Appointed Counsel for Defendant-Appellant*

### Certificate of Compliance

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Dated: March 31, 2025.

By   /s/ *Benjamin S. Morrell*

## Certificate of Service

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: March 31, 2025.

By  /s/ *Benjamin S. Morrell*