Case No. 24-3899/24-3887/25-3017

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AMANDA HOVANEC

    Defendant - Appellant

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above. The appellee shall file one consolidated brief for cases 24-3899/24-3887/25-3017.

.

                                        **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
                                        Kelly L. Stephens, Clerk

Issued: May 15, 2025