No. 24-3899

In the
# United States Court of Appeals
# for the Sixth Circuit

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

v.

AMANDA HOVANEC,

                                    Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Ohio
Originating Case No. 3:22-cr-00274-1

**UNOPPOSED MOTION TO EXTEND TIME TO FILE DEFENDANT-APPELLANT'S REPLY BRIEF**

Defendant-Appellant Amanda Hovanec respectfully moves this Court to extend by 40 days[1] the deadline for filing her reply brief in this case. Counsel have conferred and this motion is unopposed.

---

[1] Defendant-Appellant requests 40 days instead of 30 to avoid the new deadline falling during the Sixth Circuit Judicial Conference, which her counsel plans on attending.

The government filed its Principal Brief on July 14, 2025. (D.E. 33.) As such, Defendant-Appellant's reply brief is due on August 4, 2025. Fed. R. App. P. 31(a)(1). Attorney Benjamin S. Morrell is appointed counsel for Defendant-Appellant, and needs additional time to confer with his client, who is currently incarcerated, in order to prepare the reply brief.

This is Ms. Hovanec's first request for an extension of the deadline to file her reply brief and is not made for purposes of delay. Additionally, the government does not oppose this request.

For these reasons, Defendant-Appellant requests that the Court extend the deadline to file her reply brief up to and including Monday, September 15, 2025.

Filed: July 25, 2025    Respectfully submitted,

AMANDA HOVANEC,
*By Counsel*

By   /s/ *Benjamin S. Morrell*
Benjamin S. Morrell
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Appointed Counsel for Defendant-Appellant*

## Certificate of Compliance

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Dated: July 25, 2025

By   /s/ *Benjamin S. Morrell*

## CERTIFICATE OF SERVICE

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: July 25, 2025.

By    /s/ *Benjamin S. Morrell*