UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __24-3899_____

Case Title: __United States of America_____ vs. __Amanda Hovanec_____

List all clients you represent in this appeal:

| |
|---|
| Amanda Hovanec |

☑ Appellant   ☐ Petitioner   ☐ Amicus Curiae      ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:
_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Emily England_____   Signature: s/__Emily England_____

Firm Name: __Taft Stettinius & Hollister_____

Business Address: __2555 East Camelback Road, Suite 1050_____

City/State/Zip: __Phoenix, AZ 85016_____

Telephone Number (Area Code): __602-240-3000_____

Email Address: __eengland@taftlaw.com_____

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |