# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __24-3899_____

2. Case Caption (Short Title): __United States v. Hovanec_____

3. Argument is scheduled for __9:00 AM___ *(time)* on __Tuesday, December 9, 2025,_____ *(day, date)* and will be held:

   [✔] Live (In Person)   [ ] by Video   [ ] by Telephone

4. I, __Benjamin S. Morrell_____, will be presenting argument on behalf of:

   [✔] Appellant / Petitioner   [ ] Amicus Curiae   [ ] Other (please specify below):
   [ ] Appellee / Respondent   [ ] Intervenor   _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Amanda Hovanec

6. Minutes reserved for rebuttal (appellant / petitioner only): __2_____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: __2___
   B. Total number of minutes (in whole minutes only) to be shared: __20__
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): __2nd__
   D. Your assigned minutes (in whole minutes only): __10___

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   <u>Docketing Instructions</u>:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*