No. 24-3899

In the
# United States Court of Appeals
# for the Sixth Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

AMANDA HOVANEC,

Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Ohio
Originating Case No. 3:22-cr-00274-1

**MOTION TO EXTEND TIME TO FILE
PETITION FOR REHEARING**

Defendant-Appellant Amanda Hovanec respectfully moves this Court to extend by 30 days the deadline for filing a petition for panel rehearing, a petition for rehearing en banc, or both. The judgment in this case was entered on February 13, 2026, and, unless the time is extended, a petition for rehearing would be due on or before February 27. The extension of time is necessary to allow a copy of the Court's decision to reach Ms. Hovanec (who is currently being held in Auglaize County,

Ohio in connection with refiled state charges related the same offense conduct as this appeal), and provide time for counsel to confer with her regarding the same.

For these reasons, Defendant-Appellant requests that the Court extend the deadline to file a petition for rehearing, up to and including Monday, March 30, 2026.

Filed: February 19, 2025

Respectfully submitted,

AMANDA HOVANEC,
*By Counsel*

By  /s/ *Benjamin S. Morrell*
Benjamin S. Morrell
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Appointed Counsel for Defendant-Appellant*

## Certificate of Compliance

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Dated: February 19, 2025

              By  /s/ *Benjamin S. Morrell*

## Certificate of Service

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: February 19, 2025

By  /s/ *Benjamin S. Morrell*