## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 20, 2026

Mr. Benjamin Scott Morrell
Taft
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601

Re: Case No. 24-3899
*USA v. Amanda Hovanec*
Originating Case No. 3:22-cr-00274-1

Dear Mr. Morrell,

   The court has granted the motion for an extension of time in which to file a petition for rehearing en banc.

   Your petition is to be filed no later than the close of business on Monday, **March 30, 2026**.

   No further extensions will be granted.

                                          Sincerely yours,

                                          s/Kelly Stephens
                                          En Banc Coordinator: Beverly
                                          Direct Dial No. 513-564-7077

cc: Ms. Emily Aija England
    Ms. Laura McMullen Ford
    Mr. Aaron M. Herzig