Case No. 24-3899

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AMANDA HOVANEC [24-3899]

    Defendants - Appellants

BEFORE:  MOORE, Circuit Judge;  CLAY, Circuit Judge;  WHITE, Circuit Judge;

   Upon consideration of the petition for rehearing filed by the Mr. Benjamin Scott Morrell for

Amanda Hovanec,

   It is **ORDERED** that the petition for rehearing is, **DENIED**.

 

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: April 02, 2026