**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 10, 2026

Mr. Christian Capece
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

       Re:    Case No. 24-3899, *USA v. Amanda Hovanec*
                Originating Case No. 3:22-cr-00274-1

Dear Mr. Capece,

   Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Kelly Stephens
                    Appeal Case Manager: James

cc: Ms. Emily Aija England
   Ms. Laura McMullen Ford
   Mr. Aaron M. Herzig
   Mr. Benjamin Scott Morrell

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 24-3899

_____

Filed: April 10, 2026

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANITA GREEN [24-3887 & 25-3017]

AMANDA HOVANEC [24-3899]

      Defendants - Appellants

MANDATE

   Pursuant to the court's disposition that was filed 02/13/2026 the mandate for this case hereby issues today.

COSTS:  None